UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KIMBERLY DOUTHETT,

                               Plaintiff,

            -against-

NESTOL N. REYES and SERVICE QUICK, INC.,

                               Defendants.
------------------------------------------------------------------X

24 Civ. No. 9324 (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Wednesday, April 23, 2025 at 10:00 a.m.** Counsel are directed to submit a joint status letter no later than **Friday, April 18, 2025** advising the court as to the status of this matter. The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [284 088 920 191]  Passcode: [F3iG7Em7]**

      **SO ORDERED.**

DATED:    New York, New York
               February 26, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge