**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KIMBERLY DOUTHETT,

                              Plaintiff,                      **24 Civ. No. 9324 (GS)**

              -against-                            **ORDER**

NESTOL N. REYES and SERVICE
QUICK, INC.,

                             Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court having been advised that the parties have reached a settlement, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen must be filed within 30 days of the Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any proposed order approving the settlement agreement that seeks the Court's continued jurisdiction should either (1) expressly state that the Court retains jurisdiction to enforce the agreement or (2) incorporate the terms of the settlement agreement in the order.

      Any pending motions are moot.  All conferences are cancelled.  The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

DATED:   New York, New York
               September 17, 2025

                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge